JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

VAUGHN WIGGINS, and
ADRIENNE WIGGINS

Debtor(s).

Case No: 11-185-69-B-7

Chapter 7

DC No. JMV-2

APPLICATION FOR ORDER
AUTHORIZING TRUSTEE TO
SELL PERSONAL PROPERTY AT
PUBLIC AUCTION AND PAY
ADMINSTRATIVE EXPENSES

Date: November 3, 2011
Time: 10:00 am
Place: U.S. Bankruptcy Court
1300 18th Street, Suite A
Bakersfield, California
Judge: W. Richard Lee

By way of the *Application for Order Authorizing Trustee to Sell Personal Property at Public Auction Sale and Pay Administrative Expenses*, Jeffrey M. Vetter, Chapter 7 Trustee, respectfully represents:

1. Vaughn and Adrienne Wiggins, ("Debtors") filed for relief under Chapter 7 on September 19, 2011. Jeffrey M. Vetter ("Trustee"), is the duly qualified, appointed, and acting trustee in the Chapter 7 case filed by Debtors.

2. The assets of the estate include several pieces of complete and incomplete patio sets, umbrellas, various decorative shelving units, and Christmas decorations ("Personal Property"), which the Trustee desires to sell at public auction.

3. The Trustee must liquidate the Personal Property for the benefit of the creditors. Based on the Trustee's experience, the Trustee believes that he will obtain the best and highest net recovery to this estate by selling the Personal Property at a public auction through the employment and services of a licensed auctioneer.

4. The Trustee entered in to an agreement with Jerry Gould of Gould Auction and Appraisal Company ("Auctioneer"), to advertise, manage, and conduct the auction. Jerry Gould is the owner and operator of Gould Auction & Appraisal Company and is authorized to review this application and agree to the terms and conditions contained herein. The date for the public auction sale is November 20, 2011, and will be held at The Patio Shoppe, 6801 White Lane, Suite A-1, Bakersfield, California.

5. The Trustee filed a separate *Application of Trustee for Order Authorizing Employment of Auctioneer,* which describes in detail the proposed compensation to be paid to Auctioneer. In summary, the Trustee proposes that the fees for professional services rendered by Auctioneer will not exceed 15% of the gross proceeds of the auction. Additionally, Auctioneer may be reimbursed up to $400.00 for extraordinary expenses he incurs for repair of the Personal Property to ready it for sale.

6. Camp-Carosella/SA Camp Properties, is the landlord of the property leased by Vaughn and Adrienne Wiggins, ("the Debtor's"). Camp-Carosella has agreed to accept $2,000.00 as an administrative rent expense. Additionally, the landlord will be allowed to file a general unsecured claim for pre petition rents owed. The administrative expense is to be paid from the sale proceeds without further order.

//
//
//
//

7.  The Trustee believes that a sale of the Personal Property at public auction is in the best interest of the estate because (a) it would be inefficient for the Trustee to search for buyers; (b) it allows the Trustee to liquidate all the Personal Property in a short period of time.

WHEREFORE, Trustee prays that:

1. the Application is granted;
2. the Trustee is authorized to sell several pieces of complete and incomplete patio sets, umbrellas, various decorative shelving units, and Christmas decorations ("Personal Property") of the estate at the public auction;
3. the Trustee is authorized to pay Gould Auction and Appraisal Company from the proceeds received from the auction sale as described in the *Order Authorizing Employment of Auctioneer to Conduct Public Auction*
4. the Trustee is authorized to pay Camp-Carosella/SA Camp Properties, the landlord of the property leased by Vaughn and Adrienne Wiggins, ("the Debtor's"), $2,000.00 as an administrative rent expense.

Executed this 6 day of October, 2011 at Bakersfield, California.

/s/ Jeffrey M. Vetter
Chapter 7 Trustee

E-Filed by: Jeffery M. Vetter
661-809-6806
jeffreyvetter@hotmail.com